USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2020

**EPSTEIN SACKS PLLC**
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

April 22, 2020

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**Filed on ECF**

Re: *United States v. Alejandro Paulino*
19 Cr. 607 (AJN)

Dear Judge Nathan:

    We represent the defendant Alejandro Paulino under the Criminal Justice Act. We submit this letter to ask for a one-month adjournment of his sentencing date. Mr. Paulino's sentencing is currently scheduled for May 11, 2020, which is our next court date. The current COVID-19 virus crisis has made it more difficult to consult with our client and to prepare for sentencing, but we anticipate that we will be able to proceed in one-months' time.

    This is our first request for a sentencing adjournment. The Government has no objection to this request. In addition, we understand from Probation that, should the Court grant this request, Probation would like the current May 6, 2020 date for disclosure of the final PSR to be adjusted accordingly.

Respectfully submitted,

*Sarah M. Sacks*

---

Defendant Alejandro Paulino's sentencing currently scheduled for May 11, 2020 is hereby adjourned to June 16, 2020 at 1:00 p.m. Sentencing submissions from the Defendant are due on or before June 5, 2020 and the Government's submission is due on or before June 11, 2020. The disclosure date of the final PSR is likewise extended by five weeks.
SO ORDERED.

SO ORDERED.   4/27/20

*Alison J. Nathan*

Alison J. Nathan, U.S.D.J.