USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2020

# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

June 1, 2020

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**Filed on ECF**

Re: *United States v. Alejandro Paulino*
19 Cr. 607 (AJN)

Dear Judge Nathan:

  We represent the defendant Alejandro Paulino under the Criminal Justice Act. Mr. Paulino is currently scheduled to be sentenced by the Court on June 16, 2020. This is our second request for an adjournment because we had over-optimistically hoped to proceed in person on the currently scheduled date. We submit that proceeding remotely at this time could put Mr. Paulino at a disadvantage for a number of reasons. Given that the courthouses in this District remain closed due to the COVID-19 pandemic, we ask for an adjournment until September when it is more likely that this proceeding could be conducted in person. We have consulted with AUSA Peter Davis and the Government has no objection to this request.

Respectfully submitted,

*Sarah M. Sacks*

Defendant Alejandro Paulino's sentencing, currently scheduled for June 16, 2020 is hereby adjourned to September 16, 2020 at 1:00 p.m. Defendant's sentencing submission is now due on September 9, 2020 and the Government's submission is now due on September 14, 2020.
SO ORDERED.

SO ORDERED.   6/3/20

Alison J. Nathan, U.S.D.J.