UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Alejandro Paulino,

Defendant.

19-cr-607 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2020

ALISON J. NATHAN, District Judge:

The sentencing hearing currently scheduled for September 16, 2020, is hereby adjourned to October 21, 2020, at 1:00 p.m.  Pursuant to the Court's Order of September 4, 2020 (Dkt. No. 69), Defendant should advise the Court before that date whether he consents to proceed remotely either as a matter of preference or if an in-court proceeding is unavailable.  If Defendant so consents, he should submit a completed waiver of physical presence no later than 48 hours before the scheduled hearing.  SO ORDERED.

SO ORDERED.

Dated: September 8, 2020
   New York, New York

_____
ALISON J. NATHAN
United States District Judge