USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Alejandro Paulino,

Defendant.

19-cr-607 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court received the attached letter of support for Defendant Alejandro Paulino by mail, which will be filed with this Order on the public docket.

      SO ORDERED.

Dated: September 9, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

honorAble ALison J. NAthan

yo ARiAnyi Brens

Certifico y doy Fe de AleJAndro PAuLino Es un Ecelente hombre buen amigo TrabaJador

Un hombre dedicAdo a//udar a/os demas

PArA mi es como mi hermano

Porque es PArA mis hiJAs ese Tio que ellas AmAm.

RECEIVED 2020 SEP -1 AM 9:57 CLERK'S OFFICE U.S. COURT OF APPEALS COUNTER 2

honorable Alison J. Nathan

Soy Luz Jimenez y alejandro paulino es un hombre de bien buen amigo y compañero de trabajo es un hombre cercible humilde

RECEIVED 2020 SEP -1 AM 8:49 CLERK'S OFFICE U.S. COURT OF APPEALS COUNTER 2

Luis Jimenez
600 South 14th St Apt. 1B
Newark NJ 07108

HARRISBURG PA 178
27 AUG 2020 PM 2 L

USDC
SDNY

U.S. Courthouse
40 Foley Square
New York NY 10007

