UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020

United States of America,

–v–

Alejandro Paulino,

Defendant.

19-cr-607 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendant Alejandro Paulino is scheduled to be sentenced on October 21, 2020 at 1:00 p.m. The proceeding will be conducted by videoconference. The Court will separately provide the parties with instructions for accessing the Skype for Business platform. At 1:00 p.m. on October 21, members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 400930547.

.

    SO ORDERED.

Dated: October 15, 2020
       New York, New York

                                       ALISON J. NATHAN
                                United States District Judge