# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

August 12, 2022

Hon. Alison J. Nathan
United States Circuit Judge
Sitting by Designation
Second Circuit Court of Appeals
United States District Court
40 Foley Square
New York, NY 10007

**Filed on ECF**

> Application GRANTED. The Clerk of Court is respectfully directed to terminate Dkt. No. 110.
>
> SO ORDERED.
>
> *Alison J. Nathan*
>
> August 22, 2022

Re: *United States v. Alejandro Paulino*
19 Cr. 607 (AJN)

Dear Judge Nathan:

We represent the defendant, Alejandro Paulino, pursuant to the Criminal Justice Act. On October 21, 2020, Your Honor sentenced him to time served plus four years of post release supervision for his participation in a bank fraud conspiracy. The maximum expiration date for his period of post release supervision is in October 2024. We write to seek the Court's permission for him to travel to the Dominican Republic for a two-week period starting on October 28, 2022.

Alejandro, a U.S. citizen, asks to take this trip so that he can visit his grandmother with whom he is close and who, as the Court may recall from our sentencing submission, is not in good health. He has not seen her since before his August 2019 arrest in this case. We have spoken with Alejandro's probation officer, Yvonne Torres-Diaz, and she tells us that she has no objection "whatsoever" to this request. The Government also has no objection.

We also share with the Court that Alejandro continues to work legally, as he has done since before his arrest, as a server's assistant in restaurants. Most recently, he has been working at Quality Bistro in Manhattan since April 2021.

Respectfully submitted,

*Sarah M. Sacks*